USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JAMES WALTON,

                       Plaintiff,

        -against-

                                                      21-CV-8633 (VEC)

ETHICON, INC., ETHICON US LLC, ETHICON          ORDER
LLC, ETHICON LTD., J&J ETHICON INC.,
JOHNSON & JOHNSON,

                       Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 21, 2021, Plaintiff filed a Complaint against five Defendants, including Ethicon US LLC and Ethicon LLC, Compl., Dkt. 1;

       WHEREAS Plaintiff alleges that jurisdiction in this matter is premised on diversity, *id.* ¶ 10;

       WHEREAS "a limited liability company has the citizenship of its members," *see Jean-Louis v. Carrington Mortg. Servs., LLC*, 849 F. App'x 296, 298 (2d Cir. 2021); and

       WHEREAS the Complaint made no allegations as to the members of Ethicon US LLC and Ethicon LLC;

       IT IS HEREBY ORDERED that by no later than **Friday, November 5, 2021**, Plaintiff must provide additional information to the Court to establish diversity jurisdiction. If any member of Ethicon US LLC or Ethicon LLC is themselves an LLC, Plaintiff must provide information about the members of that LLC.

**SO ORDERED.**

Date: October 26, 2021                                     _____
      New York, New York                              **VALERIE CAPRONI**
                                                             **United States District Judge**